# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KATHERINE DYER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) Case No. CIV-17-1272-F |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

United States Magistrate Judge Suzanne Mitchell has issued a Report and Recommendation ("Report"), recommending that the final decision of defendant, Commissioner of Social Security, denying plaintiff, Katherine Dyer's application for disability insurance benefits should be affirmed. Magistrate Judge Mitchell advised the parties of their right to object to the Report by September 5, 2018 and further advised that failure to make timely objection to the Report waives the right to appellate review of the factual and legal issues therein contained.

The record reflects that no objection to the Report has been filed within the time prescribed by Magistrate Judge Mitchell. Further, no request for an extension of time to file an objection has been made to the court by either party. Consequently, the court accepts, adopts and affirms the Report in its entirety.

Accordingly, the Report issued by United States Magistrate Judge Suzanne Mitchell on August 15, 2018 (doc. no. 20) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. The final decision of defendant, Commissioner of Social Security,

denying plaintiff, Katherine Dyer's application for disability insurance benefits is **AFFIRMED**. Judgment shall issue forthwith.

IT IS SO ORDERED this 7th day of September, 2018.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

17-1272p001.docx